Certificate Number: 14912-ILN-DE-035263585

Bankruptcy Case Number: 20-21636



14912-ILN-DE-035263585

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 13, 2021, at 11:04 o'clock AM EST, Cecilia Young completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: January 13, 2021

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor